In the Matter of the Final Judicial Settlement of the Accounts of
BREWSTER J. ALLISON, et al., as Executors, etc.

(Argued March 11, 1891; decided April 7, 1891.)

APPEAL from judgment of the General Term of the Supreme
Court in the second judicial department, entered upon an

order made December 8, 1890, which affirmed a decree of the surrogate of Rockland county, settling the accounts of the petitioners.

*Calvin Frost* for appellant.

*Garrett Z. Snider* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.